UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA SNYDER | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0552 |
| | ) Judge Echols/Knowles |
| OAKLEY BLANTON | ) |

**O R D E R**

The Initial Case Management Conference in this action currently scheduled for Monday, August 16, 2010, at 10:30 a.m. is hereby rescheduled for **Monday, August 23, 2010, at 10:30 a.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge